# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MCDONALD, | Case No. 1:17-cv-00385-AWI-SAB |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| UNITED STATES OF AMERICA, | (ECF Nos. 6, 8) |
| Defendant. | DEADLINE: July 21, 2017 |

This action was filed on March 15, 2017. On May 8, 2017, Defendant filed a motion for an extension of time to file a responsive pleading. On May 10, 2017, Plaintiff filed a statement of non-opposition to the motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for an extension of time to file a responsive pleading is GRANTED. Defendant shall file a responsive pleading on or before July 21, 2017.

IT IS SO ORDERED.

Dated: __**May 11, 2017**__

UNITED STATES MAGISTRATE JUDGE

1