# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMANDA McDONALD, | Case No. 1:17-cv-00385-AWI-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 13) |
| Defendant. | TWO DAY DEADLINE |

Plaintiff filed this action on March 15, 2017 against the United States of America. (ECF No. 1.) On August 4, 2017, the parties filed a stipulation for Plaintiff to file a first amended complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that

1. Plaintiff is granted leave to file her first amended Complaint;
2. Defendant shall file a responsive pleading on or before thirty (30) days after the first amended complaint is filed; and
3. Plaintiff shall file the first amended Complaint within two (2) days of the entry of this order.

IT IS SO ORDERED.

Dated: **August 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1